IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 4:16cr330-CRI |
| ) | 18 U.S.C. § 201(b)(2)(C) |
| ) | 18 U.S.C. § 1791(a)(1) |
| vs. ) | 18 U.S.C. § 1791(b)(5) |
| ) | **INDICTMENT** |
| ) | |
| ANGELA MCLEOD | |

**RECEIVED**

APR 2 6 2016

FLORENCE, S.C.

## COUNT 1

**THE GRAND JURY CHARGES:**

That between in or around January 2013, and in or around January 2015, in the District of South Carolina, the Defendant, **ANGELA MCLEOD**, a public official, directly and indirectly did corruptly receive, accept, and agree to receive and accept, something of value, that is, money, in return for and with the intent of being induced to act or omit to do an act in violation of her official duty, that is, her failure to enforce prison rules and regulations with regard to inmates at the Federal Correctional Institution in Bennettsville, South Carolina;

In violation of Title 18, United States Code, Section 201(b)(2)(C).

## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

That between in or around January 2013, and in or around January 2015, in the District of South Carolina, the Defendant, **ANGELA MCLEOD**, contrary to law, did provide and attempt to provide prohibited objects, that is, tobacco, to an inmate at the Federal Correctional Institution in Bennettsville, South Carolina;

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(5).

A \_\_\_TRUE\_\_\_ BILL

_____
FOREPERSON

_____
WILLIAM N. NETTLES     (ABP)
UNITED STATES ATTORNEY